**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

SAFELITE GLASS CORP.,
a Delaware corporation

Plaintiff,

vs.

JEANNE GROFF-THOMPSON,

Defendant,

**Civil No. 01-CV-246 DSD/SRN**

**MOTION FOR DISMISSAL WITH PREJUDICE**

The parties to this action, having entered into a settlement of all claims and potential counterclaims asserted herein, Plaintiff Safelite Glass Corporation hereby moves, through its undersigned counsel, that the above-entitled action be dismissed with prejudice and on the merits without costs to any party, and that a judgment of dismissal with prejudice and on the merits be entered pursuant hereto without further notice.



FILED 6-14-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. 6-14-01
Deputy Clerk's Initials JR

Dated: June 12, 2001

FAEGRE & BENSON LLP

Felicia J. Boyd (#186168)
Julie Knox Chosy (#225228)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 766-7000

Attorneys For Plaintiff
Safelite Glass Corporation

Of Counsel:
John F. Prescott, Jr. IN #5813-49
Michael A. Swift, IN #17779-49
ICE MILLER
One American Square, Box 82001
Indianapolis, IN 46282-0002
Telephone: (317) 236-2100
Facsimile: (317) 236-2219

M2:20393204.01

**ORDER**

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Dismissal is **GRANTED** and **IT IS ADJUDGED** that the above-entitled action be, and the same hereby is, dismissed with prejudice without costs or disbursements to any party.

Dated: June 13, 2001

David S. Doty
United States District Court Judge

LET JUDGMENT BE ENTERED ACCORDINGLY.